**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              :         CHAPTER 13

Steven J. Gibson

           DEBTOR                          :         BKY. NO.  18-17827ELF13

**CERTIFICATION OF NO ANSWER,
OBJECTION, OR OTHER RESPONSIVE PLEADING**

1. That Michael A. Cataldo, Esquire, hereby certifies that a true and correct copy of the MOTION TO EXTEND 30 DAY STAY was served to all interested parties via Electronic Means or Via Regular Mail.

2. That as of the date hereof, no answer, objection, or request for a Hearing has been filed with the Clerk's Office or served on the undersigned.

WHEREFORE, the undersigned respectfully requests an Order be entered.

                                                                     Respectfully submitted,

DATE:  December 14, 2018                    _____/s/_____
                                                                     MICHAEL A. CATALDO
                                                                     CIBIK & CATALDO, P.C.
                                                                     1500 WALNUT STREET, STE. 900
                                                                     PHILADELPHIA, PA 19102
                                                                     (215) 735-1060