United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Steven J. Gibson  
    Debtor

Case No. 18-17827-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 2     Date Rcvd: Dec 19, 2018  
                 Form ID: pdf900    Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2018.

```
db          +Steven J. Gibson,    4307 Mantua Avenue,    Philadelphia, PA 19104-1215
14236836    +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
14236838    +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
14236839    +FedLoan Servicing,    Attn: Bankruptcy,    PO Box 69184,    Harrisburg, PA 17106-9184
14236841    +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
14241384    +Nationstar Mortgage d/b/a Mr. Cooper,    c/o Rebecca A Solarz, Esq.,    KML Law Group, PC,
              701 Market STreet, Suite 5000,    Philadelphia, PA 19106-1541
14236843     PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
              Harrisburg, PA 17120-0946
14236845    +PGW,    Legal Dept. 4th Floor,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
14236847    +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
              Chicago, IL 60661-3631
14236848    +Trouvaillfcu,    4343 Kelly Drive,    Philadelphia, PA 19129-1759
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: megan.harper@phila.gov Dec 20 2018 02:45:26    City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 20 2018 02:44:55
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 20 2018 02:45:10    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 20 2018 02:50:44
              Exeter Finance LLC, c/o AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
              Oklahoma City, OK 73118-7901
14236833     E-mail/Text: megan.harper@phila.gov Dec 20 2018 02:45:26    City Of Philadelphia,
              Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102
14236834     E-mail/Text: megan.harper@phila.gov Dec 20 2018 02:45:26    City of Philadelphia,
              Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphia, PA 19102
14236831    +E-mail/Text: ecf@ccpclaw.com Dec 20 2018 02:44:29    Cibik & Cataldo, P.C.,
              1500 Walnut Street, Suite 900,    Philadelphia, PA 19102-3518
14236835    +E-mail/Text: bankruptcy@philapark.org Dec 20 2018 02:45:34    City of Philadelphia,
              Parking Violations Branch,    PO Box 41819,    Philadelphia, PA 19101-1819
14236837    +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Dec 20 2018 02:50:32    Exeter Finance Corp,
              PO Box 166008,    Irving, TX 75016-6008
14239364    +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 20 2018 02:50:44    Exeter Finance LLC,
              AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14241385    +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 20 2018 02:50:31    Exeter Finance LLC,
              AIS Portfolio Services LP,    c/o Rejoy Nalkara,    4515 N. Santa Fe Ave, Dept. APS,
              Oklahoma City, OK 73118-7901
14236840     E-mail/Text: cio.bncmail@irs.gov Dec 20 2018 02:44:36    I.R.S.,    P.O. Box 7346,
              Philadelphia, PA 19101-7346
14236842     E-mail/Text: ext_ebn_inbox@navyfederal.org Dec 20 2018 02:45:37    Navy Federal Credit Union,
              PO Box 3500,    Merrifield, VA 22119-3500
14236844     E-mail/Text: bankruptcygroup@peco-energy.com Dec 20 2018 02:44:38    Peco Energy,
              2301 Market Street # N 3-1,    Legal Department,    Philadelphia PA 19103-1338
14236846    +E-mail/Text: bankruptcy@philapark.org Dec 20 2018 02:45:35    Philadelphia Parking Authority,
              Bankruptcy Department,    701 Market Street,    Philadelphia, PA 19106-2895
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14236832*    +Cibik and Cataldo, P.C.,    1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102-3518
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2018                          Signature:   /s/Joseph Speetjens

```
District/off: 0313-2          User: John                  Page 2 of 2                   Date Rcvd: Dec 19, 2018
                              Form ID: pdf900             Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2018 at the address(es) listed below:
              MICHAEL A. CATALDO2    on behalf of Debtor Steven J. Gibson ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Steven J. Gibson ecf@ccpclaw.com,   igotnotices@ccpclaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| STEVEN J. GIBSON, | : | |
| Debtor | : | Bky. No.  18-17827 ELF |

## O R D E R

**AND NOW**, upon consideration of the Debtor's Motion to Extend the Automatic Stay under 11 U.S.C. § 362(c)(3)(B) ("the Motion"), and after notice and hearing, and there being no opposition to the Motion,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

**Date: December 18, 2018**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**