# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

            Chapter 13

            Bankruptcy No. 18-17827-ELF

STEVEN J GIBSON

4307 MANTUA AVENUE

PHILADELPHIA, PA 19104

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    STEVEN J GIBSON

    4307 MANTUA AVENUE

    PHILADELPHIA, PA 19104

**Counsel for debtor(s), by electronic notice only.**
    CIBIK & CATALDO
    1500 WALNUT STREET
    SUITE 900
    PHILA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                                   /s/ William C. Miller

Date: 1/31/2019

                                                    _____

                                                    William C. Miller, Esquire
                                                    Chapter 13 Standing Trustee