UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                        )    CASE NO. 18-17827-ELF
                                              )
STEVEN J. GIBSON,                             )
                  Debtor                      )    CHAPTER 13

## STIPULATION

COME NOW, this ___ day of _____, 2019, Debtor, Steven J. Gibson, by and through his attorney, Michael A. Cataldo, Esquire, and Exeter Finance, LLC ("Exeter") by and through its attorney, Mester & Schwartz, P.C., hereby stipulate the following terms of settlement of the Objection to Confirmation of Chapter 13 Plan:

WHEREAS the Debtor owns a 2013 Dodge Truck Durango Utility 4D Citadel AWD, V.I.N. 1C4SDJET8DC563016 ("vehicle"); and

WHEREAS Exeter has a lien on the vehicle; and

WHEREAS the Debtor has filed a Chapter 13 plan providing for payment of the vehicle through the plan; and

WHEREAS Exeter has filed an Objection to Confirmation; and

WHEREAS the Debtor and Exeter seek to resolve the Objection to Confirmation; it is hereby stipulated and agreed that:

1. The value of the vehicle to be paid through the Plan is $32,643.07.

2. The value of the vehicle shall be paid through the Plan at 6.50% interest for sixty (60) months. The payments will total $38,321.88 and Exeter shall have a total secured claim in that amount.

3. The balance of any claim shall be a general unsecured claim.

4. This agreement is only binding upon the parties in this instant Chapter 13 case. If

not paid in full within this instant Chapter 13 due to dismissal or conversion, this agreement is not binding upon the parties.

5. A faxed signature shall be treated as an original signature for purposes of this Stipulation.

_____
Jason Brett Schwartz, Esquire
Attorney for Exeter Finance, LLC
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036
Dated: 2/20/19

_____
Michael A. Cataldo, Esquire
Attorney for the Debtor
Cibik & Cataldo, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
(215) 735-1060
Dated:

_____
William C. Miller, Trustee
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105
(215) 627-1377
Dated:

## ORDER

The foregoing Stipulation is **APPROVED WITHOUT PREJUDICE** to the rights of any party in interest or the Chapter 13 Trustee with respect to confirmation of the Debtor's chapter 13 plan.

Date: 2/25/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**