## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Steven J. Gibson<br>　　　　　　　　　　Debtor(s) | CHAPTER 13 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>　　　　　　　　　　Movant<br>　　vs.<br>Steven J. Gibson<br>　　　　　　　　　　Debtor(s) | NO. 18-17827 ELF |
| William C. Miller Esq.<br>　　　　　　　　　　Trustee | 11 U.S.C. Sections 362 |

### ORDER

AND NOW, this  9th  day of  April , 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay is **granted** and the automatic stay under 11 U.S.C. Section 362, is **modified** with respect to the subject premises located at 4307 Mantua Avenue, Philadelphia, PA 19104 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**