**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| STEVEN J. GIBSON, | ) | CASE NO. : 18-17827-ELF |
| | ) | |
| | ) | CHAPTER 13 |
| | ) | |
| Debtor | ) | |

**PRAECIPE TO WITHDRAW OBJECTION TO PROPOSED**
**CHAPTER 13 PLAN AND CONFIRMATION THEREOF**

TO THE CLERK:

Kindly withdraw the Objection to Confirmation of Chapter 13 Plan filed by Exeter Finance, LLC, in the above matter.

Respectfully submitted,

MESTER & SCHWARTZ, P.C.

/s/ Jason Brett Schwartz
Jason Brett Schwartz, Esquire
Attorney for Exeter Finance, LLC
1333 Race Street
Philadelphia, PA  19107
Attorney No.: 92009
(267) 909-9036

Dated: May 13, 2019