**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: STEVEN GIBSON,<br><br>　　　　　　　Debtor(s). | Case No. 18-14947ELF13<br><br>Chapter 13 |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

**AND NOW**, this \_\_\_24th\_\_\_ day of \_\_\_\_June_____, 201\_9\_\_, upon consideration of the Application for Compensation, it is

**ORDERED** that compensation of ~~$5,000.00~~ $4,750.00 is allowed and the balance due to counsel in the amount of **$4,500.00** shall be disbursed by the Trustee to the extent provided for in the confirmed plan.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**