# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 18-17827-ELF

STEVEN J GIBSON

4307 MANTUA AVENUE

PHILADELPHIA, PA 19104

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    STEVEN J GIBSON

    4307 MANTUA AVENUE

    PHILADELPHIA, PA 19104

Counsel for debtor(s), by electronic notice only.

    CIBIK & CATALDO
    1500 WALNUT STREET
    SUITE 900
    PHILA, PA 19102-

                                        /S/ William C. Miller

Date: 10/15/2019                                     _____

                                                  William C. Miller, Esquire
                                                 Chapter 13 Standing Trustee