| In re: | | Case No. |
|---|---|---|
| STEVEN GIBSON | | 18-17827-ELF-13 |
| | | |
| Debtor(s). | | |

## CHANGE OF PAYMENT ADDRESS FOR CREDITOR

Exeter Finance LLC hereby requests that the mailing address pertaining to payments in the above case be changed.

From:

*Exeter Finance LLC*

*PO Box 167399*

*Irving TX 75016*

To:

*Exeter Finance LLC*

*PO Box 650693*

*Dallas, TX 75265-0693*

Date: _12-20-19_

Signature

Name:

Address:    2250 John Carpenter Frwy

Suite 100

Irving, TX 75063