**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Steven J. Gibson

                           Debtor

Nationstar Mortgage LLC d/b/a Mr. Cooper

                           v.

Steven J. Gibson

                     and

William C. Miller Esq.

                         Trustee

Chapter 13

NO. 18-17827 ELF

## <u>ORDER</u>

AND NOW, this 13th day of January , 2020 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on June 10, 2019 it is **ORDERED**  that:

The automatic stay under 11 U.S.C. Sections 362 and 1301 is **MODIFIED** to allow Nationstar Mortgage LLC d/b/a Mr. Cooper and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 4307 Mantua Avenue Philadelphia, PA 19104.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**