United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-17827-elf
Steven J. Gibson                                                          Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Keith           Page 1 of 2          Date Rcvd: Jan 22, 2020
                         Form ID: pdf900       Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2020.
```
db            +Steven J. Gibson,    4307 Mantua Avenue,    Philadelphia, PA 19104-1215
14236836      +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
14236838      +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
14236839      +FedLoan Servicing,    Attn: Bankruptcy,    PO Box 69184,    Harrisburg, PA 17106-9184
14236841      +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
14241384      +Nationstar Mortgage d/b/a Mr. Cooper,    c/o Rebecca A Solarz, Esq.,    KML Law Group, PC,
                701 Market STreet, Suite 5000,    Philadelphia, PA 19106-1541
14254242      +Nationstar Mortgage, LLC d/b/a Mr. Cooper,    P.O. Box 619096,    Dallas, TX 75261-9096
14236843       PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                Harrisburg, PA 17120-0946
14236845      +PGW,    Legal Dept. 4th Floor,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
14248448      +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
                Attn: Bankruptcy Dept 3F
14236847      +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                Chicago, IL 60661-3631
14236848      +Trouvaillfcu,    4343 Kelly Drive,    Philadelphia, PA 19129-1759
14306589       U.S. Department of Education,    C/O FedLoan Servicing,    P.O. Box 69184,
                Harrisburg PA 17106-9184
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Jan 23 2020 03:57:50     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 23 2020 03:57:25
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 23 2020 03:57:38     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 23 2020 03:53:50
                Exeter Finance LLC, c/o AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                Oklahoma City, OK 73118-7901
14236834       E-mail/Text: megan.harper@phila.gov Jan 23 2020 03:57:50     City of Philadelphia,
                Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphia, PA 19102
14236833       E-mail/Text: megan.harper@phila.gov Jan 23 2020 03:57:50     City Of Philadelphia,
                Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102
14300254       E-mail/Text: megan.harper@phila.gov Jan 23 2020 03:57:50
                CITY OF PHILADELPHIA LAW DEPARTMENT,    TAX & REVENUE UNIT,    BANKRUPTCY GROUP, MSB,
                1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1613
14236831      +E-mail/Text: ecf@ccpclaw.com Jan 23 2020 03:57:03     Cibik & Cataldo, P.C.,
                1500 Walnut Street, Suite 900,    Philadelphia, PA 19102-3518
14236835      +E-mail/Text: bankruptcy@philapark.org Jan 23 2020 03:57:59     City of Philadelphia,
                Parking Violations Branch,    PO Box 41819,    Philadelphia, PA 19101-1819
14236837      +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Jan 23 2020 04:08:10     Exeter Finance Corp,
                PO Box 166008,    Irving, TX 75016-6008
14265544      +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Jan 23 2020 03:54:52     Exeter Finance LLC,
                P.O. Box 167399,    Irving, TX 75016-7399
14239364      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 23 2020 03:54:21     Exeter Finance LLC,
                AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14241385      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 23 2020 04:20:15     Exeter Finance LLC,
                AIS Portfolio Services LP,    c/o Rejoy Nalkara,    4515 N. Santa Fe Ave, Dept. APS,
                Oklahoma City, OK 73118-7901
14236840       E-mail/Text: cio.bncmail@irs.gov Jan 23 2020 03:57:08     I.R.S.,    P.O. Box 7346,
                Philadelphia, PA 19101-7346
14236842       E-mail/Text: ext_ebn_inbox@navyfederal.org Jan 23 2020 03:58:04     Navy Federal Credit Union,
                PO Box 3500,    Merrifield, VA 22119-3500
14236844       E-mail/Text: bankruptcygroup@peco-energy.com Jan 23 2020 03:57:10     Peco Energy,
                2301 Market Street # N 3-1,    Legal Department,    Philadelphia PA 19103-1338
14236846      +E-mail/Text: bankruptcy@philapark.org Jan 23 2020 03:57:59     Philadelphia Parking Authority,
                Bankruptcy Department,    701 Market Street,    Philadelphia, PA 19106-2895
14321708      +E-mail/Text: megan.harper@phila.gov Jan 23 2020 03:57:50     Water Revenue Bureau,
                c/o City of Philadelphia Law Department,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1613
                                                                                              TOTAL: 18

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14236832*     +Cibik and Cataldo, P.C.,    1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102-3518
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Keith              Page 2 of 2               Date Rcvd: Jan 22, 2020
                              Form ID: pdf900          Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2020 at the address(es) listed below:
              JASON BRETT SCHWARTZ    on behalf of Creditor    Exeter Finance, LLC jschwartz@mesterschwartz.com
              MICHAEL A. CATALDO2    on behalf of Debtor Steven J. Gibson ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Steven J. Gibson ecf@ccpclaw.com,  igotnotices@ccpclaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                          TOTAL: 7
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | Chapter 13 |
| STEVEN J GIBSON | |
| Debtor | Bankruptcy No. 18-17827-ELF |

# **O R D E R**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: January 22, 2020**

_____
Eric L. Frank
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
CIBIK & CATALDO
1500 WALNUT STREET
SUITE 900
PHILA, PA 19102-

Debtor:
STEVEN J GIBSON

4307 MANTUA AVENUE

PHILADELPHIA, PA 19104